IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

NANCY JONES,

**Plaintiff,**

v.

DOLGENCORP, INC., et al.,

**Defendants.**                                                                 No. 10-319-JPG

## ORDER

**HERNDON, Chief Judge:**

      This matter comes before the Court for docket control. This case was transferred from the District of Alabama Northern and randomly assigned to District Judge J. Phil Gilbert. Previously, on March 30, 2010, the District of Alabama Northern transferred ***Deborah Griffin v. Dolgencorp, Inc.*, 10-cv-293-DRH** to the undersigned Chief Judge. Cognizant of the Seventh Circuit's position that related cases filed within the same U.S. District Court should be transferred to (or consolidated before) a single District Judge, **see, e.g. *Smith v. Check-N-Go of Illinois, Inc.*, 200 F.3d 511, 513 n.1 (7th Cir. 1999);** ***Blair v. Equifax Check Services, Inc.*, 181 F.3d 832, 839 (7th Cir. 1999)**, the Court **REASSIGNS** this case to the undersigned Chief Judge for all further proceedings. All further pleadings shall bear the cause number **10-cv-319-DRH**.

      **IT IS SO ORDERED.**  Signed this 10th day of May, 2010.

/s/   *David R Herndon*
**Chief Judge**
**United States District Court**