IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

**NANCY JONES,**

       **Plaintiff,**

       No. 3:10-cv-00319-DRH-PMF

**v.**

**DOLGENCORP, INC., DOLLAR
GENERAL PARTNERS,
DOLGENCORP OF NEW YORK, INC.,
and DOLGENCORP OF TEXAS, INC.,**
       **Defendants.**

## JUDGMENT IN A CIVIL CASE

     **DECISION BY COURT.** This matter is before the court for the purpose of docket control.

     **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on November 3, 2011, this case is **DISMISSED** with prejudice. Each party shall bear its own costs.

                       NANCY J. ROSENSTENGEL,
                       CLERK OF COURT

                       BY:     /s/*Sandy Pannier*
                                **Deputy Clerk**

Dated: November 4, 2011

Digitally signed by
David R. Herndon
Date: 2011.11.04
10:28:30 -05'00'

APPROVED:
     CHIEF JUDGE
     U. S. DISTRICT COURT